UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

SUSAN GIBBENS                                    CIVIL ACTION

VERSUS                                           NO. 11-868

CHAMPION INDUSTRIES, INC.                        SECTION "C" (4)

ORDER AND REASONS

IT IS ORDERED that all exhibits for which paper copies have not been provided in the Bench Book are STRUCK due to the plaintiff's non-compliance with the Court's second order.  Rec. Doc. 89; Exhs. 67, 81, 85, 88, 89, 101.

IT IS FURTHER ORDERED that the plaintiff's motion to withdraw exhibits is DISMISSED as moot.   Rec. Doc. 87.

IT IS FURTHER ORDERED that any opposition to defendant's motion in limine to exclude evidence and testimony related to Gibbens' new and unpled inflammatory allegations shall be filed by October 5, 2012, at 4:30 p.m.  Rec. Doc. 86.

IT IS FURTHER ORDERED that the plaintiff's motion to correct and/or clarify, treated as a memorandum in response to the Court's order, shall be filed into the record.  Rec. Doc. 93.

New Orleans, Louisiana, this 5th day of October, 2012.

HELEN G. BERRIGAN
UNITED STATES DISTRICT COURT